UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yolanda Hernandez Llanes, et al.    CIVIL NO. 97-2618 (DRD)

v.

Defendant(s) Jorge Gonzalez Otero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 51 | ☑ GRANTED. |
| Date: July /14/1999 | ☐ DENIED. |
| Title: Motion Requesting Leave To File A Motion For Summary Judgment On Behalf Of German R. Roman Velez in His Personal Capacity. | ☐ MOOT. |
| | ☐ NOTED. |
| Co-defendant, German R. Roman Velez is granted until November 8, 1999 to file a dispositive motion. IT IS SO ORDERED. | |

RECEIVED AND FILED
99 OCT 27 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

(57)