UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yolanda Hernandez Llanes, et al.

CIVIL NO. 97-2618 (DRD)

v.

Defendant(s) Jorge Gonzalez Otero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 52 | ☑ GRANTED. |
| Date: July /22/1999 | ☐ DENIED. |
| Title: Informative Motion And Request For Remedy | ☐ MOOT. |
| | ☐ NOTED. |
| Co-defendants Gonzalez-Otero and Torres-Pagán are granted thirty (30) days to retain counsel, that is until December 1, 1999. IT IS SO ORDERED. | |

RECEIVED AND FILED
99 OCT 27 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10 /25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE