UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yolanda Hernandez Llanes, et al.    CIVIL NO. 97-2618 (DRD)

v.

Defendant(s) Jorge Gonzalez Otero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 54 | ☐ GRANTED. |
| Date: September 9, 1999 | ☑ DENIED. |
| Title: Motion For Leave To File Documents In The Spanish Language | ☐ MOOT. |
| | ☐ NOTED. |
| The English language translations must be filed by December 6, 1999. IT IS SO ORDERED. The motion for summary judgment is unaffected by this Order and is still deemed submitted. | |

RECEIVED AND FILED
99 OCT 27 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE