UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yolanda Hernandez Llanes, et al.

CIVIL NO. 97-2618 (DRD)

v.

Defendant(s) Jorge Gonzalez Otero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 55 | ☑ GRANTED. |
| Date: October 15/1999 | ☐ DENIED. |
| Title: Motion Requesting Entry of Summary Judgment. | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
99 OCT 27 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Granted. The motion for summary judgment (Docket No. 55) is deemed unopposed and no opposition shall be entertained. IT IS SO ORDERED.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE