UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yolanda Hernandez Llanes, et al.    CIVIL NO. 97-2618 (DRD)

v.

Defendant(s) Jorge Gonzalez Otero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 56 | ☑ GRANTED. |
| Date: October 18, 1999 | ☐ DENIED. |
| Title: Motion Requesting Enlargement of Time Pursuant to F.R.C.P. 4 | ☐ MOOT. |
| | ☐ NOTED. |

Granted, until November 15, 1999, to file an opposition to co-defendant's, Germán Román-Velez, Motion For Summary Judgment.
IT IS SO ORDERED.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE