UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, et al.,

v.  CIVIL NO. 97-2618 (DRD)

JORGE GONZALEZ OTERO, et al.

---

### ORDER

On December 15, 1999, the Plaintiffs filed a Motion and Request for Remedy (Docket No. 72), which contained in pertinent part: "... plaintiffs hereby voluntarily request dismissal of all claims against the Municipality of Arecibo and Mayor Angel Román." Thereafter, on January 25, 2000, the Co-defendants, Municipality of Arecibo and Angel M. Roman-Velez, filed a Motion Requesting Dismissal of the Complaint. (Docket No. 74). Wherefore, Co-defendants, Municipality of Arecibo and Angel M. Roman-Velez are hereby **DISMISSED** from this case. Judgment shall follow accordingly at the conclusion of these proceedings. This Order **MOOTS** the motions at Docket Numbers 53, 62 and 67.

On another issue, Co-defendant's, Germán Román Vélez, attorney of record Luis R. Vivas Ugartemendia, filed a Motion Informing Substitution of Attorney of Record (Docket No. 73), which is **GRANTED**. Therefore, Luis R. Vivas Ugartemendia is hereby substituted by Roberto Lefranc Morales of the same law firm, Martínez Alvarez, Menéndez Cortada & Lefranc Romero, PSC.

IT IS SO ORDERED.

Date: April 28, 2000

P:\PEACHORD ERS\97-2618 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:   EOD:

By:   # 76