UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: SEPTEMBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIVIL 97-2618 (JAG)**

================================================================

YOLANDA HERNANDEZ LLANES                     Attorneys:
                                             For Plaintiffs:

        VS
                                             For Defendant:
JORGE GONZALEZ OTERO
================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set before Judge Garcia Gregory on **Tuesday, October 31, 2000 at 11:00 AM.**

Parties to be notified.

                                          _____
                                              LILY ALICEA
                                              COURTROOM DEPUTY