UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**               DATE: OCTOBER 31, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**       CASE NO. CIVIL 97-2618 (JAG)

===================================================================

| | |
|---|---|
| YOLANDA HERNANDEZ LLANES | Attorneys:<br>For Plantiff: ISRAEL ROLDAN |
| VS | |
| JORGE GONZALEZ OTERO | For Defendant:<br>RUBEN HERNANDEZ ROSARIO<br>JOSE PEREZ HERNANDEZ<br>CLAUDIO ALIFF<br>WILLIAM VAZQUEZ IRIZARRY<br>JOSE CINTRON RODRIGUEZ<br>ANA MARIA RAMIREZ |

===================================================================

Case called for status conference. Theories of parties heard. Parties inform the Court that they had been engaged in settlement negotiations but they fell through.

Court strongly believes that this case can be settled and urges parties to engage again in serious settlement negotiations.

Court sets a settlement conference for **Monday, November 13, 2000 at 4:00 PM. Before said date parties have to meet with their respective clients and try to reach a settlement. Court will issue an order to that effect.**

Parties to be notified.

_____
Lily Alicea/Courtroom Deputy