IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

    Plaintiff

    v.

JORGE GONZALEZ OTERO, ET AL

    Defendants

CIV. NO. 97-2618 (JAG)
97-2772 (JAG)



## ORDER

    The Court held a Conference with the parties today, wherein each side eloquently presented its theory of the case. Following separate discussions with the parties, the Court is persuaded that this case can be settled before trial.

    Accordingly, the Court **orders** each side -- plaintiffs and defendants alike -- to hold a pre-settlement conference, together with their respective attorneys, on or before **November 10, 2000**. A representative from each side shall inform the Court in writing, on or before **November 10**, that such a meeting has taken place. At that meeting, both sides shall discuss their respective positions regarding a global settlement of these cases.

    Given the information heard during today's Conference, the Court anticipates that the parties will be able to reach a settlement by November 10. To the extent that they are unable to do so, the Court hereby **orders** the parties to attend a joint Settlement Conference, to be held on **November 13, 2000, at 4 p.m.** The members of the Board of Mayors of the North Central Consortium -- Arecibo, as well as all other defendants in Case Nos. 97-2618 and 97-2772, **shall** be available, in person, for the Settlement Conference.

    Should the parties manage to reach a settlement prior to November 13, 2000, they **shall** inform the Court forthwith.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 31st day of October, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge