UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: NOVEMBER 13, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-2618 (JAG)**
                                                        97-2772 (JAG)

==================================================================

| | |
|---|---|
| YOLANDA HERNANDEZ LLANES | Attorneys: |
| | For Plantiff: ISRAEL ROLDAN |
| V | |
| | For Defendant: |
| JORGE GONZALEZ OTERO | JOSE RODRIGUEZ CINTRON |
| | CLAUDIO ALIFF |
| | JOHANNA EMMANUELLI |
| | RUBEN HERNANDEZ |
| | JORGE DE JESUS |
| | JOSE PEREZ HERNANDEZ |
| | MARIA JUDITH SURILLO |

==================================================================

Case called for settlement conference. Plaintiff informs that following the Court's orders he had a meeting with his clients and that they agreed on the figure previously discussed in Chambers.

Defendants inform that also following the Court's order they met with the mayors but that only five of the eight mayors were present at the meeting and they stand by the original agreement which they understood to be binding between the parties.

Attorneys request to meet with the Court in Chambers. After several hours of negotiations with the help of the Court the parties inform the Court that they were able to reach an agreement and settle the case.

Settlement papers to be filed.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy