UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

    **Plaintiff(s)**

    v.

JORGE GONZALEZ OTERO, ET AL

    **Defendant(s)**

CIVIL NUMBER: 97-2618 (JAG)
97-2772 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/29/00<br>**Title:** Motion Informing of Settlement Agreement<br>**Docket(s):** 83<br>[ ] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | The parties shall have until December 22, 2000 to file settlement papers with the Court. |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge


