UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/02/01<br>**Title:** Motion Informing Approval by Municipal Assemblies<br>**Docket(s):** 86<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. The defendants shall inform the Court of the approval status of six remaining municipal assemblies by January 25, 2001. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/13/00<br>**Title:** Motion Requesting Leave to Withdraw as Legal Counsel for the Defendant<br>**Docket(s):** 85<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED, subject to successor counsel's filing of an entry of appearance as of 30 days from the date of this order. |

**Date:** January 8, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge