## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*01 FEB 16 AM 8: 04*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

YOLANDA HERNANDEZ LLANES, ET AL

    **Plaintiff(s)**

        v.                     **CIVIL NUMBER:** 97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/09/01 <br> **Title:** Motion Informing Approval by Municipal Assemblies <br> **Docket(s):** 88 <br> [ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court grants co-defendants one final extension of time, until February 26, 2001, for the municipalities of Camuy and Hatillo to approve the settlement agreement. If they cannot reach agreement by that date, the Court will convene all parties for a Pre-Trial Conference on February 28, 2001, and will schedule a Trial Date shortly thereafter. The Court appreciates the efforts that have been made to date in securing approval of the settlement process. If full approval cannot be obtained by February 26, however, the Court will conclude that the two remaining municipalities have no interest in settling the case. If co-defendants are able to reach agreement by February 26, the Court orders that the settlement papers (or, in the alternative, a joint motion for voluntary dismissal) be filed by February 28, 2001. <br><br> IT IS SO ORDERED. |

**Date:** February 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge