# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

**Plaintiff(s)**

v.     CIVIL NUMBER: 97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/12/01<br>**Title:** Motion Assuming Legal Representation<br>**Docket(s):** 89<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

**Date:** March 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

RECEIVED AND FILED 01 MAR 20 AM 8:10 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.