IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARIBEL PAGAN CUEBAS, ET AL

Plaintiff(s)

v.   CIVIL NO. 97-2772 (JAG)

JORGE GONZALEZ OTERO, ET AL

Defendant(s)

## JUDGMENT

Judgment is entered on the "Settlement Agreement" filed by the parties on February 15, 2001. The terms of the agreement are incorporated as if the set forth at length herein.

The cases number 97-2774 (Mayra Santiago Sánchez, et al v. Luis A. Oliver Canabal, et al), 97-2772 (Claribel Pagán Cuevas, et al v. Roberto Vera Monroig, et al al), 97-2618 (Yolanda Hernández Llanes, et al v. Jorge González Otero, et al), and 97-2773 (Josefina Maldonado Sonera, et al v. Luis Pérez Reillo, et al) are now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of March, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

