UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/28/01<br>**Title:** Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket(s):** 97<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED** as requested. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS