UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                     DATE: JUNE 7, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO. 97-2618 (JAG)**

========================================================================

| | |
|---|---|
| YOLANDA HERNANDEZ LLANES | Attorneys: ISRAEL ROLDAN |
| VS | |
| JORGE GONZALEZ OTERO | LUIS BLANCO & GUILLERMO MOJICA |
| | CARLOS RIVERA CALDERON |
| | RAMON W. ALLENDE SANCHEZ |
| | ARTURO LUCIANO |
| | JOSE C. CINTRON |
| | RUBEN HERNANDEZ |
| | HECTOR QUIJANO BORGES |

Case called for an emergency meeting. Attorney for plaintiff informs the Court that the Municipal Assembly of Hatillo has already approved the money for the settlement by the Resolution 100 of May 31, 2001.

The Vice Mayor of Camuy assures the Court that the approval of their part of the settlement amount by the Municipal Assembly should be ready on or before June 22, 2001.

The Court conveys to the parties the message that they expect no more problems since this is a very delicate matter.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

