# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 08/23/01<br>Title: Motion<br>Docket(s): 106<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | MOOT. |

Date: September 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

