## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

YOLANDA HERNANDEZ LLANES, ET AL

    **Plaintiff(s)**

       **v.**               **CIVIL NUMBER:**  97-2618 (JAG)

JORGE GONZALEZ OTERO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/30/01<br>**Title:** Motion<br>**Docket(s):** 108<br>[x] **Plff(s)**　　[ ] **Dft(s)**　　[ ] **Other** | **GRANTED** as requested. Counsel shall take care of apportioning the interests accumulated under each case and disburse proportionate amounts to each plaintiff, in accordance with his or her participation in the settlement figure amount. |

**Date:**　September 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge